CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 10 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRYSON DESHAWN DIXON,<br>  Plaintiff, | Civil Action No. 7:06-cv-00581 |
| v. | FINAL ORDER |
| DANVILLE CITY JAIL AND<br>MEDICAL STAFF, et. al.,<br>  Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's motion to proceed in forma pauperis is hereby **GRANTED** to the extent that plaintiff need not prepay the filing fee, but this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for failure to state a claim, and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 10th day of October, 2006.

/s/ James C. Turk
Senior United States District Judge